CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  
REPORTER: FTR  
DOCKET NO. 3:22cr59  
DATE: 5/26/22  

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. **David Corey Warren**  
Deft appeared via VTC (✓) ZOOM ( )

1. **Vaughan Jones** (x)

**APPEARANCES:** GOVERNMENT **Carla Jordan-Detamore / Thomas Garnett** (x)  
DEFENDANT WITH COUNSEL (x) DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )  
DEFENDANT INCARCERATED ( ) BOND NOT SET (x)

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: **Bond** (✓)  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )  
GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)  
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )  
DEFT TO RETAIN COUNSEL (x)  
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
GOVT NOT SEEKING DETENTION (x) DEFENDANT RELEASED ON BOND (x)  
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )  
WITNESS(ES) **with condition to surrender passport to defense counsel**

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (x)

CASE ~~CONTINUED TO~~ **Set for:** 5/26/22 @ 3:00 PM FOR **Plea Hearing**  
CASE SET: **2:30** BEGAN: **2:30** ENDED: **2:37** TIME IN COURT: 7 minutes